UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL J. EDELMAN INC.,

                              Petitioner,

            -v-

PRIME HYDRATION LLC,

                              Respondent.

25 Civ. 8904 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This Order responds to the email communication that the Court's Chambers received yesterday from counsel for petitioner Daniel J. Edelman Inc. ("Edelman"), inquiring whether counsel would "receive notices and be provided opportunity to address the motion [at Dkt. 2] specifically, including any hearing on the motion."

The Court is in receipt of all ECF filings in this case, including those submitted before the case was transferred from the Northern District of Illinois to this District. However, because the parties' briefs largely applied Seventh Circuit case law, the Court directs each party to file a supplemental, updated brief that applies Second Circuit case law. Edelman's updated brief is due November 12, 2025. Prime Hydration LLC's updated response is due November 19, 2025. The Court does not presently anticipate holding a hearing on Edelman's motion, and intends to resolve it based on the parties' updated submissions.

For avoidance of doubt, all counsel are responsible for ensuring that ECF notices are timely received (including, if necessary, by contacting the ECF Help Desk, which may be reached at (212) 805-0136).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 4, 2025
       New York, New York